UNITED STATES of America,
Plaintiff—Appellee,

v.

Hector MONTEJANO–FRANCO,
Defendant—Appellant.

No. 07–10319.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 8, 2008.*

Filed Sept. 30, 2008.

Raymond Woo, Esq., U.S. Attorney's Office, Phoenix, AZ, for Plaintiff–Appellee.

Law Office of Anthony B. Bingham, Mesa, AZ, for Defendant–Appellant.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Hector Montejano–Franco appeals from the 46–month sentence imposed following his guilty-plea conviction for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Montejano–Franco contends that the district court erred at sentencing by: (1) unreasonably rejecting his arguments for a "fast track" departure; (2) failing to consider his argument regarding cultural assimilation; and (3) failing to impose a lower sentence in light of cultural assimilation and his eligibility for a "fast-track" departure. We conclude that the district court did not procedurally err. See U.S.S.G. § 5K3.1 ("the court *may* depart downward ... pursuant to an early disposition program" (emphasis added)); *see also United States v. Marcial Santiago*, 447 F.3d 715, 717 (9th Cir.2006); *United States v. Rodriguez–Rodriguez*, 441 F.3d 767, 770–71 (9th Cir.2006). We also conclude that the bottom-of-the-Guidelines range sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir.2008) (en banc); *see also United States v. Dallman*, 533 F.3d 755, 761 (9th Cir. 2008).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.